v.

Col. Ronald BATTELLE, Defendant,

and

Col. C.E. Fisher, Defendant/Appellant.

No. 61340.

Missouri Court of Appeals,
Eastern District,
Division One.

June 2, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
July 28, 1992.

Application to Transfer Denied
Sept. 22, 1992.

Appeal from the Circuit Court of St. Louis County; Margaret Nolan, Judge.

William L. Webster, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for defendant, appellant.

Leonard J. Frankel, P.C. (Jody H. Wolff, of counsel), St. Louis, for plaintiff, respondent.

## ORDER

Defendant Fisher appeals from a judgment ordering him to expunge plaintiff's arrest record. We affirm. The judgment of the trial court is supported by substantial evidence and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).